# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:10CR49 |
| vs. ) | |
| ) | ORDER |
| MAURICE WATSON, ) | |
| ) | |
| Defendant. ) | |

A telephonic hearing was held on April 21, 2010 on the defendant's "Motion to Disclose Identity of Confidential Informant and Make Available for Interview" (Doc. 18). Counsel for the United States advises that the government intends to disclose the identity of the confidential informant 10 days prior to trial, but objects to making the informant available for interview. Counsel are advised that trial will be set for **May 25, 2010,** by separate order.

**IT IS ORDERED** that the motion (Doc. 18) is granted in part, and denied in part, as follows:

1. The United States shall disclose the identity of the confidential informant within 10 days prior to trial.

2. The motion is denied in all other respects.

3. The hearing previously set for April 22, 2010 is cancelled.

A party may object to this by filing an "Objection to Magistrate Judge's Order" no later than **April 30, 2010.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED April 21, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**